**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kenneth Brister                                CHAPTER 13

Debtor(s)

BKY. NO. 26-12920 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of ATLX 2024-RPL1 Trust and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
14 Jul 2026, 16:49:50, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: dcfa58e0fed0855b1a87cc38daf9c5871e4497aded1faea604bb725402610e5c