# Earnings Statement

BRISTER, KENNETH

| | | | |
|---|---|---|---|
| Pay Date: | 05/21/2026 | Company: 0WS72 - NORTHEAST TREATMENT CENTERS INC | Emp #: 3550 |
| Period Start: | 05/01/2026 | 520 NORTH CHRISTOPHER COLUMBUS BOULEVARD | Dept: 1160 - Lehigh Recovery Center |
| Period End: | 05/14/2026 | PHILADELPHIA PA 19123 (215) 451-7000 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 80.00 | 1440.00 | 13141.80 |
| Overtime | 27.00 | 4.11 | 110.97 | 566.73 |
| HOLIDAY | 18.00 | 0.00 | 0.00 | 576.00 |
| Personal | 18.00 | 0.00 | 0.00 | 144.00 |
| SICK FULL TIME | 18.00 | 0.00 | 0.00 | 576.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 720.00 |
| **Gross Pay** | | **84.11** | **1550.97** | **15724.53** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 53.54 | 558.52 |
| Medicare | | | 21.23 | 215.43 |
| Social Security | | | 90.78 | 921.14 |
| Penn. State W/H(S/0) | | | 44.95 | 456.10 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 58.01 | 588.10 |
| Pennsylvania UI/HC/WF | | | 1.09 | 11.01 |
| **Deductions** | | | | |
| 403BROTH | | | 15.00 | 150.00 |
| Accident Insurance | | | 11.72 | 117.20 |
| Aetna Dental PPO | | | 7.94 | 79.40 |
| Dependent Care FSA | | | 0.09 | 0.90 |
| Healthcare Surest D6500 | | | 75.71 | 757.10 |
| The Standard Vision Plan | | | 3.00 | 30.00 |
| Vol STD Disability | | | 12.49 | 124.90 |
| **Net Pay** | | | **1155.42** | **11714.73** Voucher No. 764298315DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1155.42 | 11714.73 A/C:7958 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 403BROTH - Match | 15.00 | 45.00 | *Company Match | |
| ER Dental * | 10.81 | 108.10 | *Memo Only | |
| ER Healthcare Surest D6500 * | 299.37 | 2993.70 | *Memo Only | |
| Life/AD&D ER Memo * | 2.25 | 22.50 | *Memo Only | |
| Long Term Disability Memo * | 2.81 | 28.10 | *Memo Only | |
| Personal ** (Hours) | | 35.68 | 24.00 | 11.68 |
| Sick Full Time ** (Hours) | | 31.38 | 0.00 | 31.38 |
| Vacation ** (Hours) | | 86.24 | 64.00 | 22.24 |

**Accruals balances are accurate as of processing 05/19/2026 10:40 am

# Earnings Statement

BRISTER, KENNETH

| | | | |
|---|---|---|---|
| Pay Date: | 06/04/2026 | Company: 0WS72 - NORTHEAST TREATMENT CENTERS INC | Emp #: 3550 |
| Period Start: | 05/15/2026 | 520 NORTH CHRISTOPHER COLUMBUS BOULEVARD | Dept: 1160 - Lehigh Recovery Center |
| Period End: | 05/28/2026 | PHILADELPHIA PA 19123 (215) 451-7000 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 18.00 | 64.97 | 1169.46 | 14311.26 | |
| Overtime | 27.00 | 2.03 | 54.81 | 621.54 | |
| HOLIDAY | 18.00 | 8.00 | 144.00 | 720.00 | |
| Personal | 18.00 | 0.00 | 0.00 | 144.00 | |
| SICK FULL TIME | 18.00 | 16.00 | 288.00 | 864.00 | |
| Vacation | 18.00 | 0.00 | 0.00 | 720.00 | |
| **Gross Pay** | | **91.00** | **1656.27** | **17380.80** | |
| **W/H Taxes** | | | | | |
| Federal W/H(H) | | | 64.07 | 622.59 | |
| Medicare | | | 22.76 | 238.19 | |
| Social Security | | | 97.31 | 1018.45 | |
| Penn. State W/H(S/0) | | | 48.18 | 504.28 | |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 61.94 | 650.04 | |
| Pennsylvania UI/HC/WF | | | 1.16 | 12.17 | |
| **Deductions** | | | | | |
| 403BROTH | | | 15.00 | 165.00 | |
| Accident Insurance | | | 11.72 | 128.92 | |
| Aetna Dental PPO | | | 7.94 | 87.34 | |
| Dependent Care FSA | | | 0.09 | 0.99 | |
| Healthcare Surest D6500 | | | 75.71 | 832.81 | |
| The Standard Vision Plan | | | 3.00 | 33.00 | |
| Vol STD Disability | | | 12.49 | 137.39 | |
| **Net Pay** | | | **1234.90** | **12949.63** | Voucher No. 768369013DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1234.90 | 12949.63 | A/C:7958 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 403BROTH - Match | 15.00 | 60.00 | *Company Match | |
| ER Dental * | 10.81 | 118.91 | *Memo Only | |
| ER Healthcare Surest D6500 * | 299.37 | 3293.07 | *Memo Only | |
| Life/AD&D ER Memo * | 2.25 | 24.75 | *Memo Only | |
| Long Term Disability Memo * | 2.81 | 30.91 | *Memo Only | |
| Personal ** (Hours) | | 36.92 | 24.00 | 12.92 |
| Sick Full Time ** (Hours) | | 35.08 | 16.00 | 19.08 |
| Vacation ** (Hours) | | 89.32 | 64.00 | 25.32 |

**Accruals balances are accurate as of processing 06/2/2026 11:03 am

# Earnings Statement

BRISTER, KENNETH

| | | | |
|---|---|---|---|
| Pay Date: | 06/18/2026 | Company: 0WS72 - NORTHEAST TREATMENT CENTERS INC | Emp #: 3550 |
| Period Start: | 05/29/2026 | 520 NORTH CHRISTOPHER COLUMBUS BOULEVARD | Dept: 1160 - Lehigh Recovery Center |
| Period End: | 06/11/2026 | PHILADELPHIA PA 19123 (215) 451-7000 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 66.33 | 1193.94 | 15505.20 |
| Overtime | 27.00 | 2.63 | 71.01 | 692.55 |
| HOLIDAY | 18.00 | 0.00 | 0.00 | 720.00 |
| Personal | 18.00 | 8.00 | 144.00 | 288.00 |
| SICK FULL TIME | 18.00 | 8.00 | 144.00 | 1008.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 720.00 |
| **Gross Pay** | | **84.96** | **1552.95** | **18933.75** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 53.74 | 676.33 |
| Medicare | | | 21.26 | 259.45 |
| Social Security | | | 90.91 | 1109.36 |
| Penn. State W/H(S/0) | | | 45.01 | 549.29 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 58.08 | 708.12 |
| Pennsylvania UI/HC/WF | | | 1.09 | 13.26 |
| **Deductions** | | | | |
| 403BROTH | | | 15.00 | 180.00 |
| Accident Insurance | | | 11.72 | 140.64 |
| Aetna Dental PPO | | | 7.94 | 95.28 |
| Dependent Care FSA | | | 0.09 | 1.08 |
| Healthcare Surest D6500 | | | 75.71 | 908.52 |
| The Standard Vision Plan | | | 3.00 | 36.00 |
| Vol STD Disability | | | 12.49 | 149.88 |
| **Net Pay** | | | **1156.91** | **14106.54** Voucher No. 772574085DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1156.91 | 14106.54 A/C:7958 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 403BROTH - Match | 15.00 | 75.00 | *Company Match | |
| ER Dental * | 10.81 | 129.72 | *Memo Only | |
| ER Healthcare Surest D6500 * | 299.37 | 3592.44 | *Memo Only | |
| Life/AD&D ER Memo * | 2.25 | 27.00 | *Memo Only | |
| Long Term Disability Memo * | 2.81 | 33.72 | *Memo Only | |
| Personal ** (Hours) | | 38.16 | 32.00 | 6.16 |
| Sick Full Time ** (Hours) | | 38.78 | 24.00 | 14.78 |
| Vacation ** (Hours) | | 92.40 | 64.00 | 28.40 |

**Accruals balances are accurate as of processing 06/16/2026 10:22 am

Pay Date: 07/02/2026
Period Start: 06/12/2026
Period End: 06/25/2026

Company: 0WS72 - NORTHEAST TREATMENT CENTERS INC
520 NORTH CHRISTOPHER COLUMBUS BOULEVARD
PHILADELPHIA PA 19123 (215) 451-7000

Emp #: 3550
Dept: 1160 - Lehigh Recovery Center
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 73.47 | 1322.46 | 16827.66 |
| Overtime | 27.00 | 3.21 | 86.67 | 779.22 |
| HOLIDAY | 18.00 | 8.00 | 144.00 | 864.00 |
| Personal | 18.00 | 0.00 | 0.00 | 288.00 |
| SICK FULL TIME | 18.00 | 0.00 | 0.00 | 1008.00 |
| Vacation | 18.00 | 8.00 | 144.00 | 864.00 |
| **Gross Pay** | | **92.68** | **1697.13** | **20630.88** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 68.17 | 744.50 |
| Medicare | | | 23.35 | 282.80 |
| Social Security | | | 99.84 | 1209.20 |
| Penn. State W/H(S/0) | | | 49.44 | 598.73 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 63.39 | 771.51 |
| Pennsylvania UI/HC/WF | | | 1.19 | 14.45 |
| **Deductions** | | | | |
| 403BROTH | | | 15.00 | 195.00 |
| Accident Insurance | | | 11.72 | 152.36 |
| Aetna Dental PPO | | | 7.94 | 103.22 |
| Dependent Care FSA | | | 0.09 | 1.17 |
| Healthcare Surest D6500 | | | 75.71 | 984.23 |
| The Standard Vision Plan | | | 3.00 | 39.00 |
| Vol STD Disability | | | 12.49 | 162.37 |
| **Net Pay** | | | **1265.80** | **15372.34** Voucher No. 776680033DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1265.80 | 15372.34 A/C:7958 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 403BROTH - Match | 15.00 | 90.00 | *Company Match | |
| ER Dental * | 10.81 | 140.53 | *Memo Only | |
| ER Healthcare Surest D6500 * | 299.37 | 3891.81 | *Memo Only | |
| Life/AD&D ER Memo * | 2.25 | 29.25 | *Memo Only | |
| Long Term Disability Memo * | 2.81 | 36.53 | *Memo Only | |
| Personal ** (Hours) | | 39.40 | 32.00 | 7.40 |
| Sick Full Time ** (Hours) | | 42.48 | 24.00 | 18.48 |
| Vacation ** (Hours) | | 95.40 | 72.00 | 23.40 |

**Accruals balances are accurate as of processing 06/30/2026 10:47 am

# Earnings Statement

BRISTER, KENNETH

Pay Date: 07/16/2026
Period Start: 06/26/2026
Period End: 07/09/2026

Company: 0WS72 - NORTHEAST TREATMENT CENTERS INC
520 NORTH CHRISTOPHER COLUMBUS BOULEVARD
PHILADELPHIA PA 19123 (215) 451-7000

Emp #: 3550
Dept: 1160 - Lehigh Recovery Center
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 18.00 | 80.00 | 1440.00 | 18267.66 |
| Overtime | 27.00 | 2.91 | 78.57 | 857.79 |
| HOLIDAY | 18.00 | 8.00 | 144.00 | 1008.00 |
| Personal | 18.00 | 0.00 | 0.00 | 288.00 |
| SICK FULL TIME | 18.00 | 0.00 | 0.00 | 1008.00 |
| Vacation | 18.00 | 0.00 | 0.00 | 864.00 |
| **Gross Pay** | | **90.91** | **1662.57** | **22293.45** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 51.03 | 795.53 |
| Medicare | | | 20.87 | 303.67 |
| Social Security | | | 89.23 | 1298.43 |
| Penn. State W/H(S/0) | | | 44.18 | 642.91 |
| 510101.PHILADELPHIA CITY/PHILADELPHIA CITY | | | 62.10 | 833.61 |
| Pennsylvania UI/HC/WF | | | 1.16 | 15.61 |
| **Deductions** | | | | |
| 403BROTH | | | 0.00 | 195.00 |
| Accident Insurance | | | 11.72 | 164.08 |
| Aetna Dental PPO | | | 7.94 | 111.16 |
| Dependent Care FSA | | | 0.00 | 1.17 |
| Health Care FSA | | | 10.00 | 10.00 |
| Healthcare Surest D6500 | | | 0.00 | 984.23 |
| Healthcare Surest Plan B5000 | | | 202.50 | 202.50 |
| The Standard Vision Plan | | | 3.00 | 42.00 |
| Vol STD Disability | | | 12.49 | 174.86 |
| **Net Pay** | | | **1146.35** | **16518.69** Voucher No. 780426575DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1146.35 | 16518.69 A/C:7958 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| ER Dental * | 10.81 | 151.34 | *Memo Only | |
| ER Surest B5000 * | 357.89 | 357.89 | *Memo Only | |
| Life/AD&D ER Memo * | 2.25 | 31.50 | *Memo Only | |
| Long Term Disability Memo * | 2.81 | 39.34 | *Memo Only | |
| Personal ** (Hours) | | 40.64 | 32.00 | 8.64 |
| Sick Full Time ** (Hours) | | 46.18 | 24.00 | 22.18 |
| Vacation ** (Hours) | | 26.48 | 0.00 | 26.48 |
| 403BROTH Match | 0.00 | 90.00 | *Company Match | |
| ER Healthcare Surest D6500 | 0.00 | 3891.81 | *Memo Only | |

**Accruals balances are accurate as of processing 07/14/2026 11:18 am